## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-01960 |
| Erin T Grzybowski | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction and being duly advised in the premises, and with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The current default is deferred to the end of the plan.

2. Due to the pandemic and pursuant to the CARES Act, the term of the plan may run longer than 60 months.

3. The Debtor's plan payment is decreased to $426 beginning July 2020 until the end of the plan.

4. The plan base shall remain the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 31, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600